IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. FREES, | ) | 4:08CV3014 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JUDGE KOPF, U.S.A., | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. Plaintiff's Complaint was filed on January 17, 2008, and names United States District Judge Richard Kopf as the defendant. Plaintiff is proceeding *pro se* in this matter. Although Judge Kopf is the Supervising Pro Se Judge for the District of Nebraska, I have been informed that Judge Kopf has recused himself as Supervising Pro Se Judge in this matter.

IT IS THEREFORE ORDERED that:

1. The undersigned Senior United States District Judge will handle this matter without the assistance of the Supervising Pro Se Judge.

2. This Memorandum and Order applies to this matter only and shall have no effect on Plaintiff's pending criminal matter, Case No. 4:02CR3194.

Dated January 30, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge