IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. FREES, | ) | 4:08CV3014 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JUDGE KOPF, U.S.A., | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Plaintiff's Motion for Reconsideration and Clarification.  (Filing No. 10.)  In his Motion, Plaintiff appears confused about the status of his appeal in Case No. 4:02CR3194.  However, that case is assigned to Judge Richard Kopf, and the court will not interfere with Judge Kopf's handling of that separate case.

    This matter was dismissed pursuant to a request by Plaintiff.  (Filing No. 8.)  If Plaintiff requires clarification of orders filed in Case No. 4:02CR3194, he should file an appropriate motion in that separate matter.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration and Clarification (filing no. 10) is denied.

    Dated April 28, 2008.

                        BY THE COURT

                        s Warren K. Urbom
                        United States Senior District Judge